

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00163-CV

| | | |
|---|---|---|
| In the Matter of S.S. | § | From The Probate Court |
| | § | of Denton County (MH-2015-216) |
| | § | July 28, 2015 |
| | § | Opinion by Justice Gabriel |
| | § | Dissent and Concurrence by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order for temporary inpatient mental health services is reversed and we render judgment denying the State's application for court-ordered temporary mental health services. We further order S.S.'s immediate release from involuntary commitment.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel